■ MARCIA MAHON, Respondent, v EDWARD MAHON, Appellant.—Order unanimously modified, on the law, and as modified, affirmed, without costs, in accordance with the following memorandum: In order to compensate defendant husband to the same extent that he would be compensated upon a sale of the marital residence to a third party pursuant to the parties' agreement, sale of the property to plaintiff wife is conditioned upon her obtaining a discharge of defendant's liability on the mortgage. Further, since the property has apparently appreciated in value since the date of the last appraisals, a new appraisal should be obtained from an appraiser agreed upon by the parties. (Appeal from order of Supreme Court, Niagara County, Wolf, J.—compel compliance with divorce decree.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.